# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 1

| Case No.: | 22-80461 | Trustee Name: | (330780) Andrew S. Erickson |
| --- | --- | --- | --- |
| Case Name: | HAMANN, JESSICA ANN | Date Filed (f) or Converted (c): | 08/01/2022 (f) |
| | | § 341(a) Meeting Date: | 09/07/2022 |
| For Period Ending: | 03/31/2023 | Claims Bar Date: | 12/08/2022 |

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a)<br>abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
| --- | --- | --- | --- | --- | --- | --- |
| 1 | 195 Carriage Hill, Macomb, IL 61455-0000, McDonough County | 75,000.00 | 0.00 | | 0.00 | FA |
| 2 | 2017 Ford Expedition EL Limited 4WD, 92000 miles | 32,000.00 | 0.00 | | 0.00 | FA |
| 3 | Washer, dryer, 3 beds, toaster, couch, table, 2 dressers, 3 lamps, 2 nightstands. | 750.00 | 0.00 | | 0.00 | FA |
| 4 | 3 TVs, Laptop, Printer, Cellphone | 500.00 | 0.00 | | 0.00 | FA |
| 5 | Clothing | 300.00 | 0.00 | | 0.00 | FA |
| 6 | Old iWatch | 50.00 | 0.00 | | 0.00 | FA |
| 7 | Dog | 0.00 | 0.00 | | 0.00 | FA |
| 8 | Cash | 1.00 | 0.00 | | 0.00 | FA |
| 9 | Checking: Bank of America 8191 Debtor's attorney has reviewed transactions thru 06/24/2022 and hasn't found any unusual transactions. Trustee should of course make his own review. | 263.00 | 0.00 | | 0.00 | FA |
| 10 | Internet: Paypal | 0.00 | 0.00 | | 0.00 | FA |
| 11 | Internet: Venmo | 0.00 | 0.00 | | 0.00 | FA |
| 12 | Internet: Cash App | 0.00 | 0.00 | | 0.00 | FA |
| 13 | Internet: True Bill | 25.00 | 0.00 | | 0.00 | FA |
| 14 | Pension: State of Illinois Teacher Retirement | Unknown | 0.00 | | 0.00 | FA |
| 15 | State of Illinois 2021 tax refund: State | 707.00 | 0.00 | | 0.00 | FA |
| 16* | 2022 refunds: Federal and State (See Footnote) | Unknown | 1,345.00 | | 0.00 | 1,849.00 |
| 17 | 2 invoices out from Social Media company. | 1,200.00 | 0.00 | | 0.00 | FA |
| 18 | Potential Preference to Georgetown Homeowners Association | 1,180.00 | 1,180.00 | | 1,180.00 | FA |
| 19* | Potential Refund from Litigation Practice Group (See Footnote) | 2,405.00 | 2,405.00 | | 0.00 | FA |
| 20* | Potential Preference to Unknown Creditor paid by Litigation Practice Group (u) (See Footnote) | 0.00 | 7,000.00 | | 0.00 | FA |
| 20 | **Assets Totals (Excluding unknown values)** | **$114,381.00** | **$11,930.00** | | **$1,180.00** | **$1,849.00** |

RE PROP# 16    $1849 is value of past tax refund. Actual value will be known once debtor provides 2022 tax returns.

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 2

| | |
|---|---|
| **Case No.:** 22-80461 | **Trustee Name:** (330780) Andrew S. Erickson |
| **Case Name:** HAMANN, JESSICA ANN | **Date Filed (f) or Converted (c):** 08/01/2022 (f) |
| | **§ 341(a) Meeting Date:** 09/07/2022 |
| **For Period Ending:** 03/31/2023 | **Claims Bar Date:** 12/08/2022 |

| | |
|---|---|
| RE PROP# 19 | Records produce by Litigation Practice Group show that all funds remaining in debtor's account were refunded to her prior to the bankruptcy filing. |
| RE PROP# 20 | Records produced by Litigation Practice Group do not reveal any payment to any creditors which may be avoidable preference. Debtor's testimony that LPG paid creditor $7k in preference period is not validated by records. |

**Major Activities Affecting Case Closing:**

> Debtor's case consists of potential preference to Homeowner's association, potential refund owed from Litigation Practice Group, and potentially 2022 income tax refunds. I am in contact with counsel for Litigation Practice Group and investigating whether there is any avoidance or turnover actions. They claim to have been paid less than disclosed by debtor. After records produced, it appears they refunded all money to debtor prior to filing and did not pay any creditor anything that would be an avoidable preference despite debtor's testimony that she believed they paid a creditor $7k. Homeowners' association has voluntarily returned alleged preference. Only remining asset is potential 2022 income tax refunds which, in Feb 2023, appear to be nothing based on amounts withheld from debtor's wages. As of early April 2023 I am awaiting copies of tax returns to confirm. Case will be ready for TFR once tax returns received, any refunds collected, and claims resolved. As of April 17, 2023 Debtor claims that 2022 tax returns have not yet been filed. Task added re: production of returns. Motion to Compel to be filed if not produced.

**Initial Projected Date Of Final Report (TFR):** 08/31/2023　　**Current Projected Date Of Final Report (TFR):** 08/31/2023

| | |
|---|---|
| 05/18/2023 | /s/Andrew S. Erickson |
| Date | Andrew S. Erickson |